EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Rossana Miranda Morales | 2010 TSPR 63<br><br>178 DPR _____ |

Número del Caso: TS-10226

Fecha: 23 de abril de 2010

Abogado de la Parte Peticionaria:

      Lcdo. Julio C. Blaín León

Comisión de Reputación para el Ejercicio de la Abogacía

      Lcdo. Doel Quiñones Nuñez
      Lcda. Belén Guerrero Calderón
      Lcda. Waleska Delgado Marrero
      Lcdo. Héctor Saldaña Egozcue
      Lcda. Jocelyn López Vilanova
      Dr. Robert Stolberg

Procurador Especial de la Comisión de Reputación

      Lcdo. Alcides Oquendo Solís

Oficina del Procurador General

      Lcda. Minnie H. Rodríguez López
      Procuradora General Auxiliar

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rossana Miranda Morales

                              TS-10226

                              RESOLUCIÓN

San Juan, Puerto Rico, a 23 de abril de 2010.

        Examinado el Informe de la Comisión de
Reputación de Aspirantes al Ejercicio de la
Abogacía, y su recomendación de que se reinstale
a la peticionaria al ejercicio de la abogacía, se
autoriza su reinstalación.

        Publíquese.

        Lo acordó el Tribunal y certifica la
Secretaria del Tribunal Supremo.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo